No. 1194.  MORAN OIL PRODUCING & DRILLING CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 10th Cir. Certiorari denied.

No. 5516.  McDANIEL *v.* SHERIFF OF DALLAS COUNTY. C. A. 5th Cir.  Certiorari denied.

No. 5570.  GARFIAS ET UX. *v.* COLLECTIONS UNLIMITED. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 5769.  CINNAMON *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 5834.  CLARKE *v.* NEIL, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 5855.  GUNTHORPE *v.* NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 5884. LAPLACA *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 5900.  MEADOWS *v.* NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 5905.  FRINK *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 5908.  TATE, AKA BUTLER *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 5910.  BROWN *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 5936.  MARTINEZ *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.